# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

    Plaintiff,

  vs.

KIMZEY, et al.,

    Defendants.

                          /

No. CIV S-10-3319-CMK-P

ORDER

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) defendants' motion to dismiss (Doc. 15); and (2) defendants' motion for an extension of time to respond to discovery (Doc. 19).

        This action commenced with the filing of plaintiff's original complaint on December 13, 2010. On March 3, 2011, the court determined that service was appropriate for both named defendants and plaintiff thereafter submitted the required documents for service by the United States Marshal. Defendants filed a motion to dismiss the original complaint on May 23, 2011. On June 9, 2011, plaintiff filed his first amended complaint as of right. See Fed. R. Civ. P. 15(a)(1)(B). Because the motion to dismiss relates to the original complaint which was superceded by the amended complaint, the motion to dismiss the original complaint will be

1

disregarded.  Defendants need not respond to the amended complaint unless and until the court issues an order determining that service of the amended complaint is appropriate.

Turning to defendants' motion for an extension of time, defendants seek a 60-day extension of time to respond to plaintiff's interrogatories, requests for production of documents, and requests for admissions.  Good cause appearing therefor, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss (Doc. 15) the original complaint is disregarded and the Clerk of the Court shall terminate the matter as a pending motion on the court's docket; and

2. Defendants' motion for a 60-day extension of time (Doc 19) to respond to plaintiff's discovery requests is granted.

DATED: July 14, 2011

　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE