IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, | No. 2:10-CV-3319-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BAKER, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 28, 2012, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.[1]

_____

[1]     On July 18, 2012, the court provided plaintiff with the notice required under Wyatt v. Terhune, 315 F.3d 1108 (9th Cir. 2003), and provided plaintiff an opportunity to file a supplemental opposition to the motion to dismiss. In response, plaintiff filed a statement of non-

1

1       The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the Magistrate Judge's analysis.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1.    The findings and recommendations filed June 28, 2012, are adopted in
5 full;
6       2.    Defendant's motion to dismiss (Doc. 23) is granted;
7       3.    Plaintiff's due process and emotional distress claims are dismissed with
8 prejudice; and
9       4.    This action shall proceed on plaintiff's Eighth Amendment claim only.
10 DATED: September 11, 2012

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE

---

26 opposition to the granting of defendant's motion.