IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, | No. CIV S-10-3319-JAM-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| BAKER, | |
|     Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2012, the assigned District Judge issued an order adopting the court's June 28, 2012, findings and recommendations and concluding that this action shall proceed on plaintiff's Eighth Amendment claim against defendant Baker only. Defendant Baker shall file an answer to the first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: October 9, 2012

                                                       _____
                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE